IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50193
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FELIPE GOMEZ-SALINAS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CR-271-3
- - - - - - - - - -
August 20, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Felipe Gomez-Salinas seeks to appeal his sentence of 120 months after pleading guilty to conspiracy to possess with intent to distribute marijuana. Gomez-Salinas waived his right to appeal his sentence in his plea agreement. See United States v. Melancon, 972 F.2d 566, 568 (5th Cir. 1992). His appeal is DISMISSED AS FRIVOLOUS. See 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.